**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NICOLE JOHNSON,**    **PLAINTIFFS**
**RESHEA THOMAS**

**V.**    **NO. 3:21-CV-200-DMB-RP**

**GLENDON BILLINGSLEY,**
**in his official capacity as Mayor of**
**the town of Coldwater, Mississippi**    **DEFENDANT**

### ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 29th day of September, 2021.

                                          **/s/Debra M. Brown**
                                          **UNITED STATES DISTRICT JUDGE**